UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| AMBROSIA COX-KILGORE, | ) | |
| | ) | |
| Plaintiff, | ) | Case: 1:23-cv-01056-JBM-JEH |
| | ) | |
| v. | ) | |
| | ) | |
| BOARD OF TRUSTEES OF THE | ) | |
| UNIVERSITY OF ILLINOIS, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENT

The undersigned hereby states that the following discovery document was served upon the attorneys of record of all parties to the above cause via electronic service on September 19, 2023:

**Amended Answer to Plaintiff's First Set of Interrogatories**

BOARD OF TRUSTEES OF THE UNIVERSITY
OF ILLINOIS, Defendant

By: s/Emily J. Galligan
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
Emily J. Galligan, ARDC #6317773

## **CERTIFICATE OF FILING AND PROOF OF SERVICE**

      I hereby certify that on September 19, 2023, I electronically filed the foregoing Notice of Service of Discovery Document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Nathan C. Volheim, Esq.
    Chad W. Eisenback, Esq.
    Sulaiman Law Group Ltd.
    2500 S. Highland Avenue, Suite 200
    Lombard, IL 60148
    nvolheim@sulaimanlaw.com
    ceisenback@sulaimanlaw.com

      Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure [735 ILCS 5/1-109], I certify that the statements set forth in this Certificate of Filing and Proof of Service are true and correct, except as to matters therein stated to be on information and belief and as to such matters I certify as aforesaid that I verily believe the same to be true.

                                                                     s/Mary Keogel

HEYL, ROYSTER, VOELKER & ALLEN, P.C.
Emily J. Galligan, ARDC #6317773
300 Hamilton Blvd.
P.O. Box 6199
Peoria, IL 61601-6199
Ph: 309.676.0400
egalligan@heylroyster.com
mkeogel@heylroyster.com (assistant)
*and*
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
Brian M. Smith, ARDC #6293822
301 N. Neil St., Suite 505
Champaign, IL 61820
Ph: 217.344.0060
bsmith@heylroyster.com
tparker@heylroyster.com (assistant)
5442-475 / 43475417